[No. 22384-1-III.   Division Three.   July 12, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DALE
THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for
Okanogan County, No. 00-1-00323-2, Jack Burchard, J.,
entered September 3, 2003. *Affirmed* by unpublished opin-
ion per Kurtz, J., concurred in by Kato, C.J., and
Schultheis, J.

[No. 23039-2-III.   Division Three.   July 12, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. BUD RAY BROWN,
*Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 03-1-01738-9, Linda G. Tompkins, J.,
entered April 30, 2004. *Affirmed* by unpublished opinion per
Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[Nos. 52997-8-I; 52997-8-I.   Division One.   July 18, 2005.]

KIMBERLY K. HAWKS, *Appellant*, v. ACCURATE SERVICES &
CONSTRUCTION, INC., *Defendant*, BRUNNER'S
LODGE ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King
County, No. 00-2-27363-1, Michael J. Fox, J., entered July
15, 2003. *Affirmed* by unpublished opinion per Baker, J.,
concurred in by Kennedy and Agid, JJ.

[Nos. 53304-5-I; 54780-1-I.   Division One.   July 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. M.K., *Appellant*.

Appeals from a judgment of the Superior Court for Sno-
homish County, No. 03-8-01277-7, Gerald L. Knight, J.,
entered May 26, 2004. *Affirmed* by unpublished per curiam
opinion.